# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

|  |  |
|---|---|
|  | Case No. **BKY 19-60412** |
| **JASON E. THEISEN** | **BKY 19-60413** |
| **LEROY THEISEN,** | Cases Jointly Administered |
| Debtor(s) | **Chapter 12 Case** |

### ORDER CONFIRMING CHAPTER 12 PLAN

The debtor has filed a plan of reorganization which the court has determined satisfies the requirements for confirmation set forth in 11 U.S.C. § 1225.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Plan filed by the debtor on **February 28, 2020**, and dated **February 28, 2020**, is confirmed.

2.     The Court hereby retains jurisdiction to make such other or further orders as may be necessary or appropriate to effectuate the plan and this order.

3.     Except as otherwise ordered by the court, all nonexempt property of the estate shall remain property of the estate until the court orders dismissal or conversion of the case
or discharge of the debtor.

4.     The clerk shall mail copies of this order to all creditors and other parties in interest.

Dated: **March 31, 2020**

*/e/ Michael E. Ridgway*
_____
Michael E. Ridgway
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on*03/31/2020*
Lori Vosejpka, Clerk, by AMM