<pre>
                        UNITED STATES BANKRUPTCY COURT
                              DISTRICT OF MINNESOTA
</pre>

In re:

JASON E THEISEN
asf LAKEVIEW TRUCKING, LLC, dba THEISEN FARMS
219 WASHINGTON ST W
Burtrum, MN 56318

Social security/Taxpayer ID/Employer ID/Other Nos.:
xxx−xx−7868                                                    Case No: 19−60412 − MER

Leroy Theisen
32251 162nd Street
Burtrum, MN 56318

Social security/Taxpayer ID/Employer ID/Other Nos.:
xxx−xx−8080

Debtor(s)                                                      Chapter 12 Case

## DISCHARGE OF CHAPTER 12 DEBTOR(S)

It appears that the debtors in the above case duly filed a petition commencing this case under Title 11 of the United States Code on 7/9/19 , that an order for relief was entered under Chapter 12, that a plan was filed by the debtor(s) and confirmed by the court, that the trustee has reported or the court has determined that the debtor(s) has completed all applicable payments under the plan, and that the debtor is entitled to a discharge under 11 U.S.C. § 1228(a).

**IT IS ORDERED:**

1. **Discharge:** The debtors in the above case are discharged from all debts dischargeable under 11 U.S.C. § 1228(a).
2. **Judgments:** Any judgment heretofore or hereafter obtained in any court other than this court is void under 11 U.S.C. § 524(a)(1) to the extent that such judgment is a determination of the personal liability of the debtor(s) with respect to any debt discharged or any debt determined by this court to be discharged by this order.
3. **Injunction:** All creditors are enjoined under 11 U.S.C. § 524(a)(2) from the commencement or continuation of an action, the employment of process, or any act to collect, recover or offset any such debt discharged or judgment voided as a personal liability of the debtor(s).
4. **Notice:** Discharge Hearing The clerk shall provide notice of this order as notice thereof to all creditors and other parties in interest. A hearing for the debtor(s) under 11 U.S.C. § 524(d) regarding the discharge and postpetition agreements will be held on motion of the debtor(s) or other party in interest.
5. **Property:** All property of the estate(s) is vested in the debtor(s) under applicable rules and 11 U.S.C. § 1227(b).

Dated: 7/24/23                                     <u>Michael E Ridgway</u>
                                                   United States Bankruptcy Judge

**dsc12** 6/22

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 12 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## **Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## **Debts That are Discharged**

The chapter 12 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 12 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## **Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 12 bankruptcy case are:

a. Debts for most taxes; and, in a case filed on or after October 17, 2005, debts incurred to pay nondischargeable taxes;

b. Debts that are domestic support obligations;

c. Debts for most student loans;

d. Debts provided for under sections 1222(b)(5) or (b)(9) of the Bankruptcy Code and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged; and

i. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Minnesota

In re:  
JASON E THEISEN  
Leroy Theisen  
    Debtors

Case No. 19-60412-MER  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0864-6      User: admin      Page 1 of 2  
Date Rcvd: Jul 24, 2023      Form ID: 12dsc      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | JASON E THEISEN, 219 WASHINGTON ST W, Burtrum, MN 56318-4583 |
| jdb | + | Leroy Theisen, 32251 162nd Street, Burtrum, MN 56318-4692 |
| 62288453 | | ARLENE EVER, MINNEAPOLIS MN |
| 62288454 | + | BKV ATTORNEY, 124 LAKE STREET S HWY 71, LONG PRAIRIE MN 56347-1681 |
| 62288458 | + | COMPEER FINANCIAL, 1921 PREMIER DRIVE, Mankato MN 56001-5901 |
| 62288461 | + | GISLASON & HUNTER LLP, PO BOX 458, New Ulm MN 56073-0458 |
| 62288462 | | GREAT AMERICAN INSURANCE CO., CROP INSURANCE DIVISION, 3923 SOLUTIONS CENTER, CHICAGO IL 60677-3009 |
| 62288463 | + | HELEN SCHWAGEL, 1572, SUNNY WAY CT, ANOKA MN 55303-1384 |
| 62288465 | + | LEROY THIESEN, 32251 162ND STREET, Burtrum MN 56318-4692 |
| 62288468 | + | RUTH ANN GESSEL, BURTRUM MN 56318 |
| 62288469 | + | SHAY LAW OFFICE LTD, 1513 W ST GERMAIN STREET, Saint Cloud MN 56301-4176 |
| 62288470 | + | TODD COUNTY AUD/TREAS, 215 1ST AVE S, SUITE 201, LONG PRAIRIE MN 56347-1378 |
| 62288471 | | VELDE MOORE, 118 BROADWAY, ALEXANDRIA MN 56308 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 62288455 | Email/Text: bknotification@centracare.com | Jul 24 2023 20:37:00 | CENTRA CARE HEALTH, 20 9TH ST SE, LONG PRAIRIE MN 56347-1404 |
| 62288456 | EDI: WFNNB.COM | Jul 25 2023 00:36:00 | COMENITY BANK, PO BOX 659569, SAN ANTONIO TX 78265-9569 |
| 62288457 | Email/Text: specialcredit@compeer.com | Jul 24 2023 20:37:00 | COMPEER FINANCIAL, PO BOX 4249, Mankato MN 56002-4249 |
| 62288459 | EDI: DISCOVER.COM | Jul 25 2023 00:36:00 | DISCOVER, PO BOX 6103, CAROL STREAM IL 60197-6103 |
| 62288460 | EDI: DISCOVER.COM | Jul 25 2023 00:36:00 | DISCOVER BANK, DISCOVER PRODUCTS INC, PO BOX 3025, New Albany OH 43054-3025 |
| 62335524 | EDI: Q3G.COM | Jul 25 2023 00:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 62288467 | ^ MEBN | Jul 24 2023 20:35:30 | RESOLVE INC., 1395 N HAYDEN RD, SCOTTSDALE AZ 85257-3769 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Compeer Financial, FLCA and Compeer Financial, PCA |
| 62288464 | ## | JASON THEISEN, 219 WASHINGTON STREET W, Burtrum MN 56318-4583 |
| 62288466 | ##+ | MACIEJ CONSTRUCTION CO, 2435 CABLE RD, SWANVILLE MN 56382-3510 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dustan J. Cross | on behalf of Interested Party Compeer Financial FLCA and Compeer Financial, PCA dcross@gislason.com, jdomeier@gislason.com;jhavemeier@gislason.com |
| Krystal M. Lynne | on behalf of Debtor 2 Leroy Theisen klynne@stermerlaw.com mn21@ecfcbis.com;jackie.eggers@stermerlaw.com |
| Krystal M. Lynne | on behalf of Debtor 1 LEROY THEISEN klynne@stermerlaw.com mn21@ecfcbis.com;jackie.eggers@stermerlaw.com |
| Krystal M. Lynne | on behalf of Debtor 1 JASON E THEISEN klynne@stermerlaw.com mn21@ecfcbis.com;jackie.eggers@stermerlaw.com |
| Kyle Carlson | info@carlsonch13mn.com barnesvillemn13@ecf.epiqsystems.com |
| Kyle Carlson | on behalf of Trustee Kyle Carlson info@carlsonch13mn.com barnesvillemn13@ecf.epiqsystems.com |
| Rick J. Halbur | on behalf of Interested Party Compeer Financial FLCA and Compeer Financial, PCA rhalbur@gislason.com, jhenrichs@gislason.com;jburgau@gislason.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 8